UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV20-08912 JAK (AGRx) | Date | March 12, 2021 |
|---|---|---|---|
| Title | James Shayler v. Lucine Kirkorian, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE) (Dkt. 22)    JS-6

In light of the parties' Notice of Settlement, the Court orders that the action is dismissed without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action within 60 days from the date of this Order; provided, however, any request by any party(ies) that the Court do so, shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party(ies) making such a request reasonably expect the process to be concluded. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require the approval of the Court. Such a stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms the requirements of a showing of good cause stated above.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | TJ | |